560

468 A.2d 822

Commonwealth v. Brown, Appellant.

Submitted September 9, 1983. Ralph W. Litzenberger, for appellant; Elviria C. Labarre, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, CAVANAUGH and HOFFMAN, JJ.

Affirmed.

469 A.2d 274

Commonwealth v. Capers, Appellant.

Reargument Denied Jan. 12, 1984.

Petition for Allowance of Appeal
Denied May 24, 1984.

Submitted September 23, 1983. Michael H. Small, for appellant; Robert W. Feeman, District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.